UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
ENTERED
FEB 1 7 2005
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| **RHONDA H. WILLS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. H-03-2195** |
| | § | |
| **VINSON & ELKINS, L.L.P.,** | § | |
| | § | |
| **Defendant.** | § | |

**FINAL JUDGMENT**

Pursuant to the parties' stipulation of dismissal, it is ORDERED that this case is DISMISSED with prejudice. Each party is to bear its own costs.

This is a FINAL JUDGMENT. The clerk shall enter this final judgment and provide all parties a true copy.

Signed this 17th day of February, 2005.

JOHN D. RAINEY
UNITED STATES DISTRICT JUDGE